UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUNDAY PERALES on behalf of J.W., a minor, <br><br>   Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,, Commissioner of Social Security, <br><br>   Defendant. | Case No. CV 14-331 AJW <br><br> J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

October 21, 2015

_/s/ Andrew J. Wistrich_
ANDREW J. WISTRICH
United States Magistrate Judge