| | |
|---|---|
| 1 | Erika Bailey Drake (SBN 248034) |
| 2 | edrake@drakeanddrake.com |
|   | Roger D. Drake (SBN 237834) |
| 3 | rdrake@drakeanddrake.com |
| 4 | 23679 Calabasas Road, Suite 403 |
|   | Calabasas, California 91302 |
| 5 | Telephone: 818.438.1332 |
| 6 | Facsimile: 818.854.6899 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SUNDAY PERALES on behalf of J.W., a minor, | ) |
|---|---|
| | ) CASE NO.: 2:14-cv-00331-AJW |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | ) AWARDING EAJA FEES |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: January 13, 2016

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE